In the Matter of CHARLES MAGARACI, Respondent, v. SARAH G. MAGARACI, Appellant.—

454

Coon, J. P.,
Gibson, Herlihy and Reynolds, JJ., concur.

In decisions Nos. 6–50 the court is as follows:
Present: Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.